# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Chapter 13

Vernell Roberson                                :        Bky. No. 18-15324

                                                :
        Debtor(s)
                                                :

## ORDER DISMISSING CASE

AND NOW, it is

ORDERED that since the debtor has failed to timely file the documents required by the order dated August 10, 2018 this case be and the same is hereby **DISMISSED.**

Missing Documents:

Certificate of Credit Counseling
Matrix
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income Form 122C-1
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**Date: August 29, 2018**

RICHARD E. FEHLING
UNITED STATES BANKRUPTCY CHIEF JUDGE